THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICKOLAS HUTCHMAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SR BUILDING SERVICES, LLC, a Washington limited liability company, <br><br> Defendant. | No. 2:20-cv-00171-MJP <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

**ORDER**

The parties having stipulated that all claims asserted herein are voluntarily dismissed with prejudice and without an award of costs or fees to any party, and the Court being fully advised in the premises; NOW THEREFORE, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without an award of costs or fees to any party.

DATED this  20th  day of April, 2020.

_____
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

1  Presented by:

2  MBE LAW GROUP PLLC

3

4  By: __s/ David C. Martin__
    David C. Martin, WSBA No. 38325
    MBE Law Group PLLC
5   1001 Fourth Ave., Suite 3200
    Seattle, WA 98154
6   Phone: (206) 400-7722
7   Facsimile: (206) 400-7742
    Email: dmartin@mbelg.com
8  *Attorneys for Plaintiff Nickolas Hutchman*

9

10 CARNEY BADLEY SPELLMAN, P.S.

11

12 By: __s/ Lucinda J. Luke__
    Lucinda J. Luke, WSBA No. 26783
    Carney Badley Spellman, P.S.
13  701 Fifth Avenue, Suite 3600
    Seattle, WA 98104
14  Phone: (206) 622-8020
    Facsimile: (206) 467-8215
15  Email: luke@carneylaw.com
   *Attorneys for Defendant SR Building Services, LLC*
16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL WITH
PREJUDICE (Case No. 2:20-cv-00171-MJP)
– Page 2

MBE LAW GROUP PLLC
1001 Fourth Ave., Suite 3200
Seattle, Washington 98154
Tel. (206) 400-7722

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2020, I electronically filed the foregoing document using the Court's CM/ECF system, which will send notification of the filing to all counsel of record below:

Lucinda J. Luke, WSBA No. 26783
Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
Facsimile: (206) 467-8215
Email: luke@carneylaw.com
*Attorneys for Defendant SR Building Services, LLC*

By: ___*s/ David C. Martin*___
David C. Martin, WSBA No. 38325
MBE Law Group PLLC
1001 Fourth Ave., Suite 3200
Seattle, WA 98154
Telephone: (206) 400-7722 Ext. 102
Fax: (206) 400-7742
Email: dmartin@mbelg.com
Attorney for Plaintiff Nickolas Hutchman